IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:23-CV-00087-KDB-DCK

| | |
|---|---|
| GERMAINE PHILLIP MCCORKLE, **Plaintiff,** v. ERIKA N. BUTLER, et al **Defendant.** | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion to Confirm Arbitration Award (Doc. Nos. 3, 6). The Court has carefully considered these motions and Plaintiff's Memoranda in Support. Defendants have not responded to the Motions or otherwise participated in this action. On the record presented and in the absence of any defense or objection, the Court finds that the arbitration award at issue in the amount of $3,804.89 should be and is hereby confirmed. Judgment is entered in favor of Plaintiff and against Defendants in the amount of $3,804.89.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: August 14, 2023

Kenneth D. Bell
United States District Judge